# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BLAKE J. LEE

NO. 2020 KW 1119

**JANUARY 14, 2021**

---

In Re:   Blake J. Lee, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 377-20.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** The record of the Iberville Parish Clerk of Court's Office shows that on March 19, 2020, the State timely filed a bill of information in this case. Relator's certification that counsel was prepared to proceed to trial was not proper. Therefore, the district court did not err by denying the motion for speedy trial, the motion for release, and the writ of habeas corpus.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT